**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

──────────────

**No. 23-7180**

──────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DANA DEAN FETHERSON,

        Defendant - Appellant.

──────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:21-cr-00045-KDB-DCK-1)

──────────────

Submitted:  December 5, 2024                    Decided:  December 9, 2024

──────────────

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

──────────────

Affirmed by unpublished per curiam opinion.

──────────────

Dana Dean Fetherson, Appellant Pro Se.

──────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dana Dean Fetherson appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. "We review a district court's decision [whether] to reduce a sentence under § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. The court clearly understood its authority to reduce Fetherson's sentence and appropriately exercised its discretion to deny a reduction in sentence based on its review of the 18 U.S.C. § 3553(a) factors. Accordingly, we affirm the district court's order. *United States v. Fetherson*, No. 3:21-cr-00045-KDB-DCK-1 (W.D.N.C. Nov. 9, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2